

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00015-CV

### TEXAS DEPARTMENT OF PUBLIC SAFETY
v.
### VICTORIA MARTINEZ GUERRA

On Appeal from the
County Court at Law No. 5 of Hidalgo County, Texas
Trial Cause No. CL-15-2878-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that affirms The State Office of Administrative Hearings's July 29, 2015 administrative decision. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

July 21, 2016